IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Robert M. Black et al.,

        **Plaintiff**,

  v.

KOGAP Enterprises, Inc, et al.,        Case Number 05-3053-CO

        **Defendants**.

---

### ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled.

This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated. The court will retain jurisdiction of any interpretation and enforcement of the settlement agreement.

ORDERED any pending motions denied as moot.

DATED this 1st day of May, 2006.

        Donald M. Cinnamond, Clerk

        _____s/_____
        by Debbie Norris, Deputy Clerk

**ORDER OF DISMISSAL**